```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCCO TALARICO, JR.

                Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NY,
and DR. ELENA BRUCK MD,

                Defendants.

20-CV-4443 (AT) (KHP)

ORDER OF SERVICE

KATHARINE H. PARKER, United States Magistrate Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendants Consolidated Edison Company of NY and Dr. Elena Bruck. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   **June 25, 2020**
         New York, New York

                                      KATHARINE H. PARKER
                                      United States Magistrate Judge