

**conEdison**
a conEdison, inc. company

**Law Department**

Paul Limmiatis
Associate Counsel
(212) 460-2571
limmiatisp@coned.com

Consolidated Edison Company
 of New York, Inc.
4 Irving Place, 18th Floor
New York, NY 10003-0987
www.conEd.com

August 12, 2020

<div style="border:1px solid black;">
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __08/12/2020__
</div>

**VIA ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

# MEMO ENDORSED

Re:     *Talarico v. Consolidated Edison Company of New York, Inc., and Elena Bruck, M.D.*;
        No. 20-CV-04443 (AT) (KHP)

Dear Judge Parker:

Defendant Consolidated Edison Company of New York, Inc. ("Con Edison") requests adjournment of the initial scheduling and case management telephone conference scheduled for August 19, 2020, at 10:00 am, on grounds that the parties are close to reaching a settlement. No previous requests for adjournment have been made. I have spoken with the *pro se* Plaintiff, Rocco Talarico, Jr., and he consents to the requested adjournment.

Mr. Talarico has also agreed to extend Con Edison's time to answer or move with respect to the Complaint, from August 14 to September 14, 2020. In the event settlement discussions fail, Con Edison intends to file a dispositive motion to dismiss. Accordingly, we request a stay of any initial scheduling and case management matters pending settlement discussions and any motion practice.

Thank you for your consideration.

Respectfully,

/s/ Paul Limmiatis

cc:     Rocco Talarico, Jr. (via ECF)

<div style="border:1px solid red;">

**APPLICATION GRANTED:  The Defendant's deadline to respond to the complaint is hereby extended to September 14, 2020.**
**The telephonic Initial Case Management Conference scheduled for Wednesday, August 19, 2020 at 10:00 a.m. is hereby scheduled to Tuesday, September 29, 2020 at 12:30 p.m.**

**APPLICATION GRANTED**

*Katharine H. Parker*

**Hon. Katharine H. Parker, U.S.M.J.**

**08/12/2020**
</div>