USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___09/10/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCCO TALARICO, JR.,

                              Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NY and
DR. ELENA BRUCK MD,

                              Defendants.

**ORDER ADJOURNING INITIAL CASE MANAGEMENT TELEPHONE CONFERENCE**

**20-CV-4443 (AT) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

In light the Stipulation of Dismissal filed on September 9, 2020 (doc. no 17) the Initial Case Management Conference previously scheduled for **September 29, 2020** is hereby adjourned *sine die*.

       **SO ORDERED.**

Dated: New York, New York
       September 10, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge